UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GWENDOLYN CLARK<br>Plaintiff<br>v.<br>DG RETAIL, LLC, HERMAN<br>DANA FOUNDATION, LLC, and<br>DANA FAMILY SERIES, LLC<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO: 1:21-CV-10776 |

**AMENDED COMPLAINT**

PARTIES

1. Plaintiff Gwendolyn Clark (hereinafter referred to as "Plaintiff") is an individual residing in Hyde Park, Suffolk County, Massachusetts.

2. Defendant DG Retail, LLC is a corporation organized under the laws of Massachusetts, with a store location in Hyde Park, Suffolk County, Massachusetts.

3. Defendant Herman Dana Foundation, LLC, is a corporation organized under the laws of Massachusetts, with a resident agent in Newton, Middlesex County, Massachusetts.

4. Defendant Dana Family Series, LLC, is a corporation organized under the laws of Delaware with a resident agent in Newton, Middlesex County, Massachusetts.

COUNT I
(v. DG Retail, LLC)

5. On or about February 28, 2019, Defendant DG Retail, LLC's store, "Dollar General," was a commercial tenant at 1248 River Street in Hyde Park, Massachusetts 02136.

6. On said date, Plaintiff was entering said store.

7. On said date, Plaintiff slipped and fell on uncleared/untreated snow and/or ice on the sidewalk in front of the store entrance.

8. Defendant DG Retail, LLC was responsible to clear or remedy snow and/or ice from the sidewalk in front of the store within a reasonable timeframe or as required by law.

9. Defendant DG Retail, LLC, its agents, servants, and/or employees failed to clear or remedy snow and/or ice from the sidewalk in front of the store within a reasonable timeframe or as required by law.

10. Defendant DG Retail, LLC, its agents, servants, and/or employees failed to maintain the location of the fall in a reasonably safe condition.

11. Defendant DG Retail, LLC, its agents, servants, and/or employees failed to properly and visibly warn customers or pedestrians of the dangerous condition.

12. As a result of the negligence of Defendant DG Retail, LLC, Plaintiff was caused to suffer serious personal injury, medical expenses, great pain of body and mind, permanent impairment and loss of function.

13. Defendant DG Retail, LLC, its officers, agents, servants, and/or employees were negligent in failing to provide for proper procedures, guidelines and standards for customer or pedestrian safety, or, having established such procedures, guidelines, and standards, in failing to enforce same; and/or in failing to properly hire, train, supervise, oversee, and manage customer or pedestrian safety.

14. Defendant DG Retail, LLC is liable to Plaintiff for her damages.

## COUNT II
(v. Herman Dana Foundation, LLC)

15. Plaintiff re-states each and every allegation in paragraphs 1 through 14 as if set out fully herein.

16. On or about February 28, 2019, Defendant Herman Dana Foundation, LLC, was the owner of real property at 1248 River Street in Hyde Park, Massachusetts 02136.

17. On said date, Plaintiff was entering a "Dollar General" store located on said property.

18. On said date, Plaintiff slipped and fell on uncleared/untreated snow and/or ice on the sidewalk in front of the store entrance.

19. Defendant Herman Dana Foundation, LLC, was responsible to clear or remedy snow and/or ice from the sidewalk in front of the store within a reasonable timeframe or as required by law.

20. Defendant Herman Dana Foundation, LLC, its agents, servants, and/or employees failed to clear or remedy snow and/or ice from the sidewalk in front of the store within a reasonable timeframe or as required by law.

21. Defendant Herman Dana Foundation, LLC, its agents, servants, and/or employees failed to maintain the location of the fall in a reasonably safe condition.

22. Defendant Herman Dana Foundation, LLC, its agents, servants, and/or employees failed to properly and visibly warn customers or pedestrians of the dangerous condition.

23. As a result of the negligence of Defendant Herman Dana Foundation, LLC, Plaintiff was caused to suffer serious personal injury, medical expenses, great pain of body and mind, permanent impairment and loss of function.

24. Defendant Herman Dana Foundation, LLC, its officers, agents, servants, and/or employees were negligent in failing to provide for proper procedures, guidelines and standards for customer or pedestrian safety, or, having established such procedures, guidelines, and standards, in failing to enforce same; and/or in failing to properly hire, train, supervise, oversee, and manage customer or pedestrian safety.

25. Defendant Herman Dana Foundation, LLC, is liable to Plaintiff for her damages.

## COUNT III
(v. Dana Family Series, LLC)

26. Plaintiff re-states each and every allegation in paragraphs 1 through 25 as if set out fully herein.

27. On or about February 28, 2019, Defendant Dana Family Series, LLC, was the owner of real property at 1248 River Street in Hyde Park, Massachusetts 02136.

28. On said date, Plaintiff was entering a "Dollar General" store located on said property.

29. On said date, Plaintiff slipped and fell on uncleared/untreated snow and/or ice on the sidewalk in front of the store entrance.

30. Defendant Dana Family Series, LLC, was responsible to clear or remedy snow and/or ice from the sidewalk in front of the store within a reasonable timeframe or as required by law.

31. Defendant Dana Family Series, LLC, its agents, servants, and/or employees failed to clear or remedy snow and/or ice from the sidewalk in front of the store within a reasonable timeframe or as required by law.

32. Defendant Dana Family Series, LLC, its agents, servants, and/or employees failed to maintain the location of the fall in a reasonably safe condition.

33. Defendant Dana Family Series, LLC, its agents, servants, and/or employees failed to properly and visibly warn customers or pedestrians of the dangerous condition.

34. As a result of the negligence of Defendant Dana Family Series, LLC, Plaintiff was caused to suffer serious personal injury, medical expenses, great pain of body and mind, permanent impairment and loss of function.

35. Defendant Dana Family Series, LLC, its officers, agents, servants, and/or employees were negligent in failing to provide for proper procedures, guidelines and standards for customer or pedestrian safety, or, having established such procedures, guidelines, and standards, in failing to enforce same; and/or in failing to properly hire, train, supervise, oversee, and manage customer or pedestrian safety.

36. Defendant Dana Family Series, LLC is liable to Plaintiff for her damages.

WHEREFORE, Plaintiff demands the following relief:

1. That the Court enters judgment for Plaintiff against Defendant DG Retail, LLC.

2. That the Court enters judgment for Plaintiff against Defendant Herman Dana Foundation, LLC.

3. That the Court enters judgment for Plaintiff against Defendant Dana Family Series, LLC.

4. That the Court enters an award of damages for Plaintiff in an amount commensurate with her damages.

5. That the Court grants Plaintiff such other relief as is just and proper.

PLAINTIFF DEMANDS A TRIAL BY JURY OF ALL ISSUES SO TRIABLE IN THE COMPLAINT.

                                                  Plaintiff Gwendolyn Clark
                                                  By her attorneys,

Dated: May 21, 2021                       /s/ Timothy J. Lowney_____
                                                  Timothy J. Lowney, Esq. (BBO #644433)
                                                  Stewart W. Steele, Esq. (BBO # 698121)
                                                  LOWNEY LAW, LLC
                                                  1234 Hyde Park Ave, Suite 102
                                                  Hyde Park, MA 02136
                                                  (617) 364-8000
                                                  tim@lowneylaw.com
                                                  stewart@lowneylaw.com